THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM RODELY, Defendant-Appellant.

(No. 74-12; )

Fifth District—July 23, 1974.

Opinion by Mr. JUSTICE CARTER.

Robert E. Farrell and Lynn Sara Frackman, both of the State Appellate Defender's Office, of Mt. Vernon, for appellant.

Howard L. Hood, State's Attorney, of Murphysboro, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICKEY JOE WRIGHT, Defendant-Appellant.

(No. 73-261; )

Fifth District—July 23, 1974.

